JOHN McGARRIGLE, Appellant, *v.* DAVID McCOSKER, Respondent.

Reported below, 83 App. Div. 184.
(Argued May 19, 1904; decided June 3, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 4, 1903, which affirmed a judgment in favor of defendant as to the first cause of action, entered upon a dismissal of the complaint by the court at a Trial Term, and reversed a judgment in favor of plaintiff as to the second cause of action entered upon a verdict.

*John F. Carew* and *Thomas F. Magner* for appellant.

*Almet Reed Latson* and *Charles C. Leeds* for respondent.

That part of the judgment of the Appellate Division which affirmed the judgment of the trial court dismissing the plaintiff's complaint as to the first cause of action affirmed, with costs to the respondent. Appeal from that part of the judgment of the Appellate Division which reversed the judgment entered upon the verdict upon the second cause of action dismissed, without costs to either party; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, CULLEN and WERNER, JJ. Absent: HAIGHT, J.